**COURT OF APPEAL, FIRST CIRCUIT**

**STATE OF LOUISIANA**

RE: Docket Number  2023-CA-0924

Thomas Jablonski and Madonna Jablonski

- - Versus - -

Capital Pools, L.L.C., et al.

19th Judicial District Court
Case #: 696411
East Baton Rouge Parish

On Application for Rehearing filed on05/22/2024by
Rehearing ___denied___

_Page McClendon by CHH_
Page McClendon

_Chris Hester_
Chris Hester

_____
Steven M. Miller

Miller, J. dissents and would grant the rehearing.
by CHH

Date **JUN 2 7 2024**

_Rodd Naquin_
Rodd Naquin, Clerk